1  Michael C. Douglass (SBN 208442)
   mcd@lydecker.com
2
   Megan T. Ortiz (SBN 340417)
3  mto@lydecker.com

4  **LYDECKER LLP**

5   <u>Mailing Address:</u>
   1221 Brickell Ave., 19th Floor
6  Miami, Florida 33131

7   <u>Street Address:</u>
   445 S. Figueroa St., Suite 3100
   Los Angeles, CA 90071
8  Telephone:   (213) 314-0126
   Facsimile:    (213) 293-4425
9
   Attorneys for Defendant,
10 MANUEL RAMOS

11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATCH RAPPORT, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>MANUEL RAMOS, DOES 1-20, INCLUSIVE,<br><br>         Defendants.<br>_____<br>MANUEL RAMOS,<br><br>         Counter-Claimant,<br>v.<br><br>WATCH RAPPORT, LLC.<br><br>         Counter-Defendant. | Case No:  2:21-CV-06395-DSF-AS<br><br>**(PROPOSED) JUDGMENT GRANTING PARTIAL MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>**Date:**  June 27, 2022<br>**Time:** 1:39 p.m.<br>**Judge**: Hon. Daniel S. Fischer<br>**Courtroom:** 7C |

   Having considered Defendant and Counter-Claimant's Motion for Partial Summary Judgment and finding good cause therefore,

///

///

---

1

**(PROPOSED) JUDGMENT GRANTING PARTIAL MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

1  IT IS HEREBY ADJUDGED that Defendant and Counter-Claimant's Motion for
2  Summary Judgment is GRANTED.
3  Dated: _____     Signed: _____
                                United States District Judge,
4                               Hon. Daniel S. Fischer

**(PROPOSED) JUDGMENT GRANTING PARTIAL MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**