Michael C. Douglass (SBN 208442)
mcd@lydecker.com
Megan T. Ortiz (SBN 340417)
mto@lydecker.com
**LYDECKER LLP**

<u>Mailing Address:</u>
1221 Brickell Ave., 19th Floor
Miami, Florida 33131

<u>Street Address:</u>
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Telephone: (213) 314-0126
Facsimile: (213) 293-4425

Attorneys for Defendant and
Counter-Defendant,
MANUEL RAMOS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATCH RAPPORT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL RAMOS; and DOES 1-20, inclusive, <br><br> Defendants. | Case No: 2:21-CV-06395-DSF-AS <br><br> **DECLARATION OF MICHAEL C. DOUGLASS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FED. R. CIV. P. 56)** |
| MANUEL RAMOS, <br><br> Counter-Claimant, <br><br> v. <br><br> WATCH RAPPORT, LLC. <br><br> Counter-Defendant. | **Date:** June 27, 2022 <br> **Time:** 1:30 p.m. <br> **Judge**: Hon. Daniel S. Fischer <br> **Courtroom:** 7C |

I, MICHAEL C. DOUGLASS, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner with the law firm of Lydecker LLP, counsel of record for Defendant and Counter-claimant Manuel Ramos in the above-entitled case. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. I offer this declaration in support of Mr. Ramos' Motion for Partial Summary Judgment. In accordance with Central District Local Rule 7-3, on May 2, 2022, via e-mail, I attempted to meet and confer with plaintiff's counsel, Marc Applbaum, to determine whether the issues presented in the motion could be resolved. On May 3rd, counsel responded that he would speak with his client to discuss the issues that day and get back to me on May 4th.

3. Hearing nothing from counsel on May 4th, I followed up with Mr. Applbaum counsel on May 5 and May 9. On May 9, counsel advised me via e-mail that his client had not responded to his inquiry and, consequently, Mr. Applbaum offered no further suggestion regarding resolution of the issues presented in the motion.

4. From the outset of this litigation, our office has attempted to resolve this matter short of protracted litigation with no success. As a result of these unsuccessful efforts to resolve this matter, Mr. Ramos has incurred significant amounts of attorney's and costs to achieve what was initially a very simple result – the return of his payments to Watch Rapport totaling $66,608.66.

5. I have been lead defense counsel on this matter since its inception and I am familiar with the work performed on this matter. Mr. Ramos has incurred $34,682.50 in attorney's fees from the outset of his dispute with Watch Rapport up through the present time.

6. My firm has generated $28,682.50 in attorney fees since the inception of this matter. My understanding is that Mr. Ramos incurred a total of $6,000 in

attorney's fees generated by his personal counsel, prior to the inception of this litigation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 11, 2022, in Los Angeles, California.

_____
Michael C. Douglass