Michael C. Douglass (SBN 208442)
*mcd@lydecker.com*

Megan T. Ortiz (SBN 340417)
*mto@lydecker.com*

**LYDECKER LLP**

Mailing Address:
1221 Brickell Ave., 19th Floor
Miami, Florida 33131

Street Address:
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Telephone:   (213) 314-0126
Facsimile:   (213) 293-4425

Attorneys for Defendant and
Counter-Claimant,
MANUEL RAMOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATCH RAPPORT, LLC, | Case No: 2:21-CV-06395-DSF-AS |
| Plaintiff, | **DECLARATION OF MANUEL RAMOS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FED. R. CIV. P. 56)** |
| v. | |
| MANUEL RAMOS; and DOES 1-20, inclusive, | |
| Defendants. | |
| MANUEL RAMOS, | **Date:** June 27, 2022 |
| Counter-Claimant, | **Time:** 1:30 p. m. |
| v. | **Judge**: Hon. Daniel S. Fischer |
| WATCH RAPPORT, LLC. | **Courtroom:** 7C |
| Counter-Defendant. | |

///

///

I, MANUEL RAMOS, declare as follows:

1.      I am the Defendant and Counter-Claimant in the above-entitled case. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto. I offer this declaration in support of my Motion for Partial Summary Judgment.

2.      I currently maintain homes in Miami, Florida and the Dominican Republic, and split my time throughout the year residing in each of these locations.

3.      I do not currently live in Mexico. I have never owned property or lived in Mexico.

4.      I have never been on the U.S. Department of the Treasury's Office of Foreign Assets Control's ("OFAC") list of Specially Designated Nationals and Blocked Persons, although it is my understanding that another person named Manuel Huerta Ramos was listed.

5.      I am not the Manuel Ramos whose name is, or was, listed on the OFAC list. That Manuel Ramos has a Mexico address, whereas I do not. According to the OFAC list, that individual's date of birth is June 26, 1960. I was born on December 30, 1985. I do not know that individual and we have never met. We have never spoken and we have never corresponded with each other. The "Manuel Ramos" identified on the OFAC list is a complete stranger to me.

6.      In the Fall of 2020, I became interested in purchasing high-end watches, for my personal use and as a long-term investment.

7.      I became aware of Watch Rapport's services via an online search for luxury watch retailers. I visited Watch Rapport's website to review its available watch inventory and its terms and conditions.

8.      Given the significant expense at issue, I was very concerned with Watch Rapport's refund and return policy. I read the policy and it was a major inducement to my decision to purchase watches with Watch Rapport.

9.      After reviewing inventory on the Watch Rapport website, on October

21, 2020, I placed Order #1616 for a Rolex Chronograph Pre-Daytona 6238 watch (the "Daytona 6238") from Watch Rapport and agreed to pay $38,434.66.

10.     In an e-mail I received from Watch Rapport confirming the order, and stating that I chose the layaway program with an initial down payment due of $9,608.66, Watch Rapport stated, "If WE cancel your order, you will receive a refund for all the payments you made towards your purchase in full. Layaway plans are covered by our buyer protection program, authenticity & service guarantee, and return policy." A true and correct copy of the email dated 10/23/2020 is attached hereto as **Exhibit A**.

11.     On October 27, 2020, I wired my down payment of $9,608.66 to Watch Rapport toward the purchase price of the Daytona 6238.

12.     A few days later, I saw another watch on the Watch Rapport website that caught my attention. Consequently, on October 31, 2020, I placed Order #1674 for a Rolex UNIQUE Daytona 6262 Sigma O-T-Swiss-T-O watch (the "Daytona 6262") from Watch Rapport.

13.     On November 5, 2020, I wired $57,000 to Watch Rapport as full payment for the Daytona 6262.

14.     On December 9, 2020, I wired $29,226.20 to Watch Rapport, which represented the remaining balance of the purchase price owed on the Daytona 6238.

15.     On January 29, 2021, Watch Rapport e-mailed me and informed me that it needed additional identification documents to process my transactions, specifically two forms of valid identification and proof of current valid address. A true and correct copy of the email dated January 29, 2021 is attached hereto as **Exhibit B**.

16.     On January 31, 2021, I e-mailed the requested identification documents: (1) a copy of my passport, (2) a copy of my Dominican Republic government-issued identification, and (3) a copy of my utility bill. A true and

correct copy of the email dated January 31, 2021 is attached hereto as **Exhibit B**.

17.     On February 2, 2021, Watch Rapport e-mailed me and said that my funds regarding the first transaction, were being frozen by the Office of Foreign Assets Control at Bank of America, the receiving bank.  I was told to contact OFAC directly to find out the status and the reason. A true and correct copy of the email dated February 2, 2021 is attached hereto as **Exhibit C**.

18.     I contacted OFAC to find out the reason for the freeze, and learned that the reason for the freeze is that I shared a name with a "Manuel Ramos" who is on the Specially Designated Nationals and Blocked Persons list. I learned that there is a process by which the situation could be rectified, and that I would need to apply for a license. On March 16, 2021, I applied to OFAC for the license to release the blocked funds ($29,226.20), and e-mailed Watch Rapport to advise that I had done so. A true and correct copy of the email dated March 16, 2021 is attached hereto as **Exhibit D**.

19.     Two days later, on March 18, 2021, OFAC e-mailed its acknowledgment of receipt of my application for the license. A true and correct copy of the email dated March 18, 2021 is attached hereto as **Exhibit E**.

20.     OFAC's website confirms that my application for the license was "APPROVED".

21.     On March 26, 2021, ten days after I submitted my OFAC license application, Bank of America returned the $29,226.20 wire transfer that OFAC had frozen to my account.

22.     On March 26, 2021, I emailed Watch Rapport that Bank of America returned the $29,226.20 wire transfer to my account after receiving confirmation of OFAC's approval of my license. A true and correct copy of the email dated March 26, 2021 is attached hereto as **Exhibit F**.

23.     As of this date, Watch Rapport has not returned my payments or

**DECLARATION OF MANUEL RAMOS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FED. R. CIV. P. 56)**

for the license to release the blocked funds ($29,226.20), and e-mailed Watch Rapport to advise that I had done so. A true and correct copy of the email dated March 16, 2021 is attached hereto as **Exhibit D**.

19.     Two days later, on March 18, 2021, OFAC e-mailed its acknowledgment of receipt of my application for the license. A true and correct copy of the email dated March 18, 2021 is attached hereto as **Exhibit E**.

20.     OFAC's website confirms that my application for the license was "APPROVED".

21.     On March 26, 2021, ten days after I submitted my OFAC license application, Bank of America returned the $29,226.20 wire transfer that OFAC had frozen to my account.

22.     On March 26, 2021, I emailed Watch Rapport that Bank of America returned the $29,226.20 wire transfer to my account after receiving confirmation of OFAC's approval of my license. A true and correct copy of the email dated March 26, 2021 is attached hereto as **Exhibit F**.

23.     As of this date, Watch Rapport has not returned my payments or provided me with either of the watches I purchased. I have been forced to hire lawyers to defend this lawsuit and I have incurred significant amounts of attorney's fees and costs in doing so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 10, 2022, in _Santo Domingo, Dominican Rep._ .

Calle El Retiro 3

DocuSigned by:

M. Ramos

65EBF3FE25D54E4...

Manuel Ramos

**DECLARATION OF MANUEL RAMOS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FED. R. CIV. P. 56)**

# EXHIBIT A

| From: | Manuel Ramos <manuelramos85@gmail.com> |
|---|---|
| Sent: | Wednesday, October 27, 2021 1:09 PM |
| To: | Peter Harutunian |
| Subject: | Fwd: Message from Watch Rapport |

---------- Forwarded message ---------
From: **Watch Rapport** <help@watchrapport.com>
Date: Fri, Oct 23, 2020 at 1:40 AM
Subject: Message from Watch Rapport
To: <manuelramos85@gmail.com>



Hello Manuel Ramos,

Thank you for choosing our Layaway program. To enroll and start your layaway plan, we require a 25% down payment towards your order total price. Your down payment total is $9,608.66.

You have 12 months from the day we receive your down payment to complete your purchase payments interest-free. Once we receive your down payment, your order will be reserved until the item is paid off in full. Once the order is paid in full, we will ship the item to you. Please note, at any time we reserve the right to cancel your order or layaway plan and refund all your payments.

You can make payments periodically as often as you want during your 12-month Layaway cycle interest-free. You can make payments in any amount you choose. There is no minimum or maximum dollar amount you are required to pay when making your payments. As long as your order is paid in full within 12

months.

Your Layaway plan starts as soon as we receive your down payment. Each time you send a payment, it will be credited to your account and you will receive receipt confirmation via email. You may cancel your order and Layaway plan anytime. If YOU cancel, a 10% penalty fee will be applied towards the total order amount. If WE cancel the order, the 10% penalty fee will NOT be applied. If WE cancel your order, you will receive a refund for all the payments you made towards your purchase in full. Layaway plans are covered by our buyer protection program, authenticity & service guarantee, and return policy.

Please find the bank wire transfer payment instructions below:

Beneficiary Name: Watch Rapport, LLC

Beneficiary Account Number: ███████

Beneficiary Address: 2029 Century Park East. Los Angeles, CA 90067

Bank Routing Number (Domestic Wires): ███████

Bank Swift Code (International Wires): ███████

Receiving Bank Name: Wells Fargo Bank, N.A.

Receiving Bank Address: 420 Montgomery St. San Francisco, CA 94104

REQUIRED: Other Information/Memo: Watch Rapport Order #1616

TOTAL AMOUNT DUE: $38,434.66

TOTAL AMOUNT DUE WITHIN 5 DAYS: $9,608.66

PLEASE NOTE: Once we receive your payment, your order will then be processed. If we do not receive a payment within 5 business days your order

will be canceled. Also, please make sure to include your order number to avoid any order processing delays.

VERY IMPORTANT: For international orders, to avoid additional charges and delays, please ensure with your bank wire is marked as "No Ben" (Beneficiary) deduct". Without such an indication, we may receive an incorrect amount, in which case we will request an additional $30.00 before processing the order.

DO NOT MAKE A BANK DEPOSIT TO OUR ACCOUNT NOR AN INTRA-BANK ACCOUNT TRANSFER.  Recovery or reversal of such payments will be your responsibility. We will not ship any orders for such payments.

Thank you.

Sincerely,

Watch Rapport

---

If you have any questions, reply to this email or contact us at **help@watchrapport.com**

--
Manuel Ramos
Cell: ██████████

3

8

# EXHIBIT B

| | |
|---|---|
| **From:** | Manuel Ramos <manuelramos85@gmail.com> |
| **Sent:** | Wednesday, October 27, 2021 1:32 PM |
| **To:** | Peter Harutunian |
| **Subject:** | Fwd: MR Wire Confirmation.pdf |
| **Attachments:** | Pasaporte Manuel ESP.pdf; Factura_6216494_22-01-2021.pdf |

---------- Forwarded message ---------
From: **Manuel Ramos** <manuelramos85@gmail.com>
Date: Sun, Jan 31, 2021 at 6:10 PM
Subject: Re: MR Wire Confirmation.pdf
To: Watch Rapport <help@watchrapport.com>


Hello,

Please find documents attached in this email. Two Ids and one utility bill.

Thanks



On Fri, Jan 29, 2021 at 4:58 PM Watch Rapport <help@watchrapport.com> wrote:
 Hello Manuel,

 We spoke to our bank and we have finally located the transaction. We need to verify some additional
 information to continue processing the transaction for compliance purposes. Please provide us following
 information:

1

1) 2 forms of  valid ID:

A - Valid Government Issued ID
B - Drivers license, Identification card, etc.

2) Proof of current valid address

Once we receive and verify this information provided to us, we will contact you back with further details.

Thank you.
Marina M.

Sincerely,

Watch Rapport Compliance Team
"In luxury watches we trust"

Buy | Sell | Help



---

**From:** Manuel Ramos <manuelramos85@gmail.com>
**Sent:** Monday, January 25, 2021 4:54 AM
**To:** Watch Rapport <help@watchrapport.com>
**Subject:** Re: MR Wire Confirmation.pdf

Hello,

The money was out of my account on the 9th of December. If it was an unsuccessful wire transfer, it would've been returned to me.

The only way your bank will credit the funds is if you put a TRACE on the wire. You have all the numbers of the transaction to do this.

On my end, Bank of America has certified and provided all the information you need. As I have said before, this has already happened one time before.

You have to call your bank and ask them to actually insist they credit the funds as they have them.

Thanks

On Fri, Jan 22, 2021, 8:39 PM Watch Rapport <help@watchrapport.com> wrote:
  Hello Manuel,

# EXHIBIT C

I'm speaking to my Bank about the Ofac issue. Will get back to you as soon as possible.

Thanks

On Tue, Feb 2, 2021 at 7:46 PM Watch Rapport <help@watchrapport.com> wrote:

Hello Manuel,

Thank you for your email.

We discussed this issue with the bank, and they informed us that the problem is not in our bank. The amount is being held by OFAC or the receiving bank.

At that time, the best way to resolve this issue is to contact OFAC directly to find out the status and the reason.
You can learn more about OFAC and find contact information here: https://link.edgepilot.com/s/8d28fe84/z7rkb_2T9EC4rqlfwuBCdw?u=https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information

Office of Foreign Assets Control - Sanctions Programs and Information | U.S. Department of the Treasury

The Office of Foreign Assets Control ("OFAC") of the US Department of the Treasury administers and enforces economic and trade sanctions based on US foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats ...

home.treasury.gov

We were advised by our financial institution that you should contact Bank of America as well to figure out the outstanding issue with them.

Thank you for your cooperation.

Sincerely,

Watch Rapport Team
"In luxury watches we trust"

Buy | Sell | Help

**From:** Manuel Ramos <manuelramos85@gmail.com>
**Sent:** Monday, February 1, 2021 7:54 PM

2

13

# EXHIBIT D

**From:** Manuel Ramos <manuelramos85@gmail.com>
**Sent:** Tuesday, March 16, 2021 4:20 PM
**To:** Watch Rapport <help@watchrapport.com>
**Subject:** Re: MR Wire Confirmation.pdf

Hello,

Today I applied with Ofac so they can return my money.

I will resend once this is done.

Thank you

On Fri, Feb 5, 2021, 7:46 AM Manuel Ramos <manuelramos85@gmail.com> wrote:
Hello,

I'm speaking to my Bank about the Ofac issue. Will get back to you as soon as possible.

Thanks

On Tue, Feb 2, 2021 at 7:46 PM Watch Rapport <help@watchrapport.com> wrote:
Hello Manuel,

Thank you for your email.

We discussed this issue with the bank, and they informed us that the problem is not in our bank. The amount is being held by OFAC or the receiving bank.

At that time, the best way to resolve this issue is to contact OFAC directly to find out the status and the reason.
You can learn more about OFAC and find contact information here: https://link.edgepilot.com/s/bf4bc5e1/WwCbRZ8HBE_naPhXhbBOgg?u=https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information

Office of Foreign Assets Control - Sanctions Programs and Information | U.S. Department of the Treasury

The Office of Foreign Assets Control ("OFAC") of the US Department of the Treasury administers and enforces economic and trade sanctions based on US foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats ...

home.treasury.gov

We were advised by our financial institution that you should contact Bank of America as well to figure out the outstanding issue with them.

# EXHIBIT E

**From:**              Manuel Ramos <manuelramos85@gmail.com>
**Sent:**              Wednesday, October 27, 2021 12:45 PM
**To:**                Peter Harutunian
**Subject:**           Fwd: OFAC License Application Received


---------- Forwarded message ---------
From: <OFACLicensing@treasury.gov>
Date: Thu, Mar 18, 2021 at 11:40 AM
Subject: OFAC License Application Received
To: <manuelramos85@gmail.com>


Your license application, Reference Number Bank of America Wire, regarding Manuel Ramos has been received on 03/16/2021, and assigned Case Number FNK-2021-373270-1.  Please have this Case Number available when contacting OFAC regarding this application.

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by calling 202-622-2480 immediately. Thank you.


--
Manuel Ramos
Cell: █████████

# EXHIBIT F

We appreciate your cooperation.

Alexandra



**Sincerely,**

Watch Rapport
Customer Service Team
Reference: EWRXCV814KG

---

**From:** Manuel Ramos <manuelramos85@gmail.com>
**Sent:** Monday, April 5, 2021 12:48 PM
**To:** Watch Rapport <help@watchrapport.com>
**Subject:** Re: MR Wire Confirmation.pdf

Waiting on an answer.

On Fri, Mar 26, 2021, 2:06 PM Manuel Ramos <manuelramos85@gmail.com> wrote:
Hello,

Wire has been returned to me. It seems Ofac cleared everything.

Let me know what is the status of the items.

Thanks

On Fri, Mar 19, 2021, 7:52 PM Watch Rapport <help@watchrapport.com> wrote:
Hello Manuel,

We understand your concerns and frustration thus far with the delays caused to your orders. These matters can be quite difficult to navigate. Rest assured we are working diligently to ensure this matter is handled in the appropriate manner. However, we would like to make it clear that the matter at hand is beyond our control. We have taken all the necessary responsibility to remain complaint with your transaction. We take our regulatory compliance very seriously, and we are required to follow protocols. Watch Rapport has every intention to fulfil your orders as long as the issue with OFAC has been cleared.

We do apologize for the misunderstanding or confusion on the current status of availability with regards to the item(s) you had purchased. One of your orders was processed on our Layaway program. The order is still active.

We are happy to move forward and fulfill the orders as soon as possible. However, in order for us to proceed with fulfilment, the remaining purchase balance needs to be paid in full. Furthermore, without any OFAC pending issues, including full clearance for our financial institution.

2

19