Michael C. Douglass (SBN 208442)
mcd@lydecker.com
Megan T. Ortiz (SBN 340417)
mto@lydecker.com
**LYDECKER LLP**

<u>Mailing Address:</u>
1221 Brickell Ave., 19th Floor
Miami, Florida 33131

<u>Street Address:</u>
445 S. Figueroa St., Suite 3100
Los Angeles, CA 90071
Telephone:(213) 314-0126
Facsimile: (213) 293-4425

Attorneys for Defendant,
MANUEL RAMOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATCH RAPPORT, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MANUEL RAMOS, DOES 1-20, INCLUSIVE,<br><br>　　　　　　Defendants.<br><br>MANUEL RAMOS,<br><br>　　　　　　Counter-Claimant,<br><br>v.<br><br>WATCH RAPPORT, LLC.<br><br>　　　　　　Counter-Defendant. | Case No: 2:21-CV-06395-DSF-AS<br><br>**DECLARATION OF MEGAN T. ORTIZ**<br><br>**Date:** June 27, 2022<br>**Time:** 1:30 p. m.<br>**Judge**: Hon. Daniel S. Fischer<br>**Courtroom:** 7C |

///

///

///

1
**DECLARATION OF MEGAN T. ORTIZ**

///

## DECLARATION OF MEGAN T. ORTIZ

I, Megan T. Ortiz, do hereby declare:

1. I am an attorney at law licensed to practice before all the courts of the State of California and in the U. S. District Court – Central District of California. I am an attorney in the law firm of Lydecker LLP, and one of the attorneys of record for Defendant/ Counter-claimant MANUEL RAMOS in this action. I am completely familiar with the facts, pleadings, and records in this action, and if called upon to testify, I could and would competently testify regarding the same.

2. On May 5, 2022, I downloaded Watch Rapport's Refund terms from the Watch Rapport website located at https://watchrapport.com/pages/terms-of-use. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit H**.

3. On May 7, 2022, I downloaded Watch Rapport's Refund terms relating to order cancellations from the Watch Rapport website located at https://watchrapport.com/pages/terms-of-use. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit I**.

4. On May 7, 2022, I downloaded Watch Rapport's Refund terms relating to refund processing from the Watch Rapport website located at https://watchrapport.com/pages/terms-of-use. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit J**.

5. On May 5, 2022, I downloaded Watch Rapport's Transaction Disclaimers from the Watch Rapport website located at https://watchrapport.com/pages/terms-of-use . A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit K**.

6. On May 5, 2022, I downloaded Watch Rapport's Frequently Asked Questions, Returns relating to order fulfillment from the Watch Rapport website located at https://watchrapport.com/pages/faq. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit L**.

7. On May 9, 2022, I downloaded Watch Rapport's Simple Refund Process relating to its money-back-guarantee from the Watch Rapport website located at https://watchrapport.com/pages/how-watch-rapport-works. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit M**.

8. On May 9, 2022, I downloaded Watch Rapport's Terms of Use relating to Payments & Checkout from the Watch Rapport website located at https://watchrapport.com/pages/terms-of-use. A true and correct copy of the of the downloaded image from the Watch Rapport website is attached hereto as **Exhibit N**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated:	May 11, 2022

                                      **LYDECKER LLP**

                                      By: _/s/ Megan Ortiz_____
                                      Michael C. Douglass
                                      Megan T. Ortiz
                                      Attorneys for Defendant,
                                      MANUEL RAMOS

# EXHIBIT H




## Refunds

Due to the nature of the inspection process, please be advised that approval generally takes up to 10 days. Once approved, your request for a refund will be promptly processed. All returns will be charged a 10% restocking fee, except if your return is because the item was:

**Below are the list of options that are qualified for refunds and void any restocking fees.**

Eligible Refunds:

- Not as described
- Damaged
- Replica or fake
- Unfulfilled transaction (terms may apply)
- Voluntary cancellation
- Transaction cancellation
- Failed inspection
- Item availability
- Shipping & delivery time frames

# EXHIBIT I

## Refund Terms

**RETURN POLICY:** All returns and refunds are governed by our Return Policy. Watch Rapport does not take title to returned items until the item arrives at our location.

**ORDER CANCELLATION:** All orders that are canceled or cannot be fulfilled will result in a refund.

**COINBASE PAYMENTS:** Cryptocurrency payments are only subject to refunds in USD via bank wire transfer for the original purchase price. No refunds or exchange rates via Cryptocurrency will be applied. Any payments made via Coinbase using cryptocurrency will serve as an instant transfer of ownership to Watch Rapport. Watch Rapport will not refund any payments via Cryptocurrency.

7

# EXHIBIT J

**CRYPTOCURRENCY & OTHER CURRENCY:** Exchange rates, interest, the accumulated interest of any sort, currency value exchange, an increase of currency value, country exchange rates will not be applied from Watch Rapport's end. All refunds will be initiated and electronically transmitted only in USD via bank wire transfer. Refunds are only processed for the exact dollar amount listed on the order total. Any claims for exchange rates, interest, the accumulated interest of any sort, currency value exchange, an increase of currency value, country exchange rates will not be honored and immediately denied.

**REFUND PROCESSING:** Refunds are usually processed within 24-48 hours by Watch Rapport. Depending on your financial institution and whether the refund will be initiated domestically or internationally, it may take up to 10 business days (Not including weekends or bank holidays) to credit to your account or appear on your statement. Refunds are usually returned to the original payment method with the exception of Cryptocurrency payments. Any Cryptocurrency payments, or ("Coinbase Payments") will be refunded only via bank wire transfer.

9

# EXHIBIT K



Topics

- ○ Terms of Use
- ○ Terms of Service
- ○ Affirm Terms of Service
- ○ Shipping Policy
- ○ Return & Refund Policy
- ○ Authenticity Guarantee
- ● Transaction Disclaimers
- ○ Anti-Money Laundering
- ○ OFAC Compliance
- ○ Social Media-Online Reviews
- ○ E-Sign Disclosure and Consent
- ○ Accessibility Statement
- ○ Cookie Policy
- ○ Privacy Policy
- ○ Report Fraud

## Transaction Disclaimers

- Watch Rapport will acquire this product from a 3rd party. While Watch Rapport is here as the "host" site and acts as an intermediary to secure the transaction, we have limited control over delivery lead times, and other order variables that may occur during the fulfillment process.

- Delivery times will vary depending on the item availability and location. We do not and cannot make any guarantees or promises on the exact delivery date or transaction fulfillment.

- Watch Rapport cannot make any guarantees or promises on the items being listed for sale, product description, product condition, shipping & delivery, authenticity, etc., or any other related transaction variables until we actually receive the item from our vendor.

- We prohibit any direct communication with our vendors. Doing so, will result in cancelation of your order or void your buyer protection.

- Any transaction that cannot be fulfilled is covered by our refund policy and money-back-guarantee.

# EXHIBIT L





**What if you can't fulfill my order?**

If we cannot fulfill your order, we will either cancel your order and provide a full immediate refund, or provide a refund and leave the transaction open until we can find a replacement. You can choose to cancel the order anytime for a full refund if we have not already received the item from the seller. Your transaction is backed by our money-back-guarantee.

13

# EXHIBIT M



## Simple Refund Process

Money-Back-Guarantee

### Return Process

You can start a return or request a refund anytime during your order processing if you have not been provided with tracking information or proof of transit. Learn more

### Transaction Roadblock

Rest assured we'll keep you posted every step of the way. If your order is canceled, or cannot be fulfilled, a refund will be processed within 2 business days.

### Refunds & Credits

Refunds are processed within 2 business days by Watch Rapport. Depending on your bank, it may take up to 10 days for credits to appear on your statement.

# EXHIBIT N

 

**Payments & Checkout** - When using our checkout process to complete a purchase or any other purchase method available by Watch Rapport, the customer understands and agrees that payment is due in advance. Watch Rapport collects payments in advance before order processing; whether the order may or may not be fulfilled, Watch Rapport requires payment in advance to process the order. The customer understands and agrees that by making a payment to Watch Rapport, funds are being held or used until the order is delivered or fulfilled. The customer understands and agrees that payments or funds may also be held or used if the order cannot be delivered or fulfilled. Watch Rapport makes no promises or guarantees of order fulfillment. The customer understands and agrees that no product, service, or delivery is immediately rendered or exchanged by Watch Rapport at the time of order confirmation or payment receipt. The customer understands and agrees that products may not be in stock and may need to be secured from 3rd party vendors, private sellers, or any other sources Watch Rapport may choose at its sole discretion. The customer understands and agrees that Watch Rapport may need to source the item purchased by the customer. The customer understands and agrees that an item marked "Available" does not mean the item is in stock or is ready to be shipped. The customer understands and agrees that payment being rendered to Watch Rapport does not guarantee order fulfillment and that Watch Rapport reserves the right to cancel the order or refund the payment at any time for any reason without notice.

All returns and refunds are governed by our Return Policy. Watch Rapport does not take title to returned items until the item arrives at our location.

All orders that are canceled or cannot be fulfilled will result in a refund.

17