| | |
|---|---|
| 1 | Michael C. Douglass (SBN 208442) |
| | mcd@lydecker.com |
| 2 | Megan T. Ortiz (SBN 340417) |
| 3 | mto@lydecker.com |
| 4 | **LYDECKER LLP** |
| 5 | <u>Mailing Address:</u> |
| | 1221 Brickell Ave., 19th Floor |
| 6 | Miami, Florida 33131 |
| 7 | <u>Street Address:</u> |
| | 445 S. Figueroa St., Suite 3100 |
| 8 | Los Angeles, CA 90071 |
| | Telephone:(213) 314-0126 |
| 9 | Facsimile: (213) 293-4425 |
| 10 | Attorneys for Defendant, |
| | MANUEL RAMOS |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WATCH RAPPORT, LLC, | ) | Case No: 2:21-CV-06395-DSF-AS |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MANUEL RAMOS' MOTION FOR PARTIAL SUMMARY ADJUDICATION AGAINST PLAINTIFF WATCH RAPPORT, LLC** |
| v. | ) | |
| MANUEL RAMOS, DOES 1-20, INCLUSIVE, | ) | |
| Defendants. | ) | |
| | ) | |
| MANUEL RAMOS, | ) | **Date:** June 27, 2022 |
| Counter-Claimant, | ) | **Time:** 1:39 p.m. |
| v. | ) | **Judge:** Hon. Daniel S. Fischer |
| WATCH RAPPORT, LLC. | ) | **Courtroom:** 7C |
| Counter-Defendant. | ) | |

25 ///
26 ///
27 ///
28 ///

1
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MANUEL RAMOS' MOTION FOR PARTIAL SUMMARY ADJUDICATION AGAINST PLAINTIFF WATCH RAPPORT, LLC**

**TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant MANUEL RAMOS hereby requests that the Court take Judicial Notice of the U.S. Treasury's Office of Foreign Assets Control's (OFAC) list of Specially Designated Nationals and Blocked Persons of individual Manuel Huerta Ramos. This request is made in support of Manuel Ramos' Motion for Partial Summary Judgment.

## I.   DOCUMENT FOR JUDICIAL NOTICE

In support of his Motion for Partial Summary Judgment, Defendant Manuel Ramos requests that the Court take judicial notice of the following individual on OFAC's list of Specially Designated Nationals and Blocked Persons, a true and correct copy of which is attached to this request as followed:

Exhibit G: OFAC Sanctions Search List, Manuel Huerta Ramos
(https://sanctionssearch.ofac.treas.gov/Details.aspx?id=11706)

## II.   DOCUMENT FOR JUDICIAL NOTICE

This Court should take judicial notice of OFAC Sanctions Search List for individual Manuel Huerta Ramos as this individual is relevant to Defendant Manuel Ramos' Motion for Partial Summary Judgment and Defendant Ramos has provided the notice and information necessary for judicial notice. A court should admit all relevant evidence. Fed. R. Evid. 402. A motion for summary judgment can be based on matters of which the court must, or may, take judicial notice. (Fed. R. Civ. P. 56; Fed. R. Evid. 201).

Courts are allowed to take judicial notice of adjudicative facts. Fed. R. Evid. 201. Courts may take judicial notice of Federal, state and municipal websites because they are considered self-authenticating. (Fed. R. Evid. 902(5)). The information Defendant Ramos asks this Court take judicial notice of is a list maintained under the authority of the United States. In addition, Defendant Ramos gave all parties notice of this request by filing and serving this Request for Judicial

Notice concurrently with his Motion for Partial Summary Judgment.

### III.   CONCLUSION

Based on the foregoing, Defendant Manuel Ramos requests that this Court take judicial notice of OFAC's Sanctions Search List for individual Manuel Huerta Ramos.

Dated:      May 11, 2022

                                      **LYDECKER LLP**

                                      By: *[signature: Megan Ortiz]*
                                      Michael C. Douglass
                                      Megan T. Ortiz
                                      Attorneys for Defendant/Counter-claimant,
                                      MANUEL RAMOS

# EXHIBIT G



# OFAC
## Office of Foreign Assets Control
## Sanctions List Search

This Sanctions List Search application ("Sanctions List Search") is designed to facilitate the use of the Specially Designated Nationals and Blocked Persons list ("SDN List") and other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions, the Non-SDN Palestinian Legislative Council List, the Non-SDN Menu-Based Sanctions List, and the Non-SDN Communist Chinese Military Companies List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. To aid users of the tool, Sanctions List Search contains a feature entitled "Minimum Name Score" that functions on a sliding scale, allowing for a user to set a threshold (i.e., a fuzziness rating) for the closeness of any potential match returned as a result of a user's search. This feature enables Sanctions List Search to detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List                 Sanctions List Search: Rules for use                 Visit The OFAC Website

Download the Consolidated Non-SDN List                                                      Program Code Key

### Details:

| | | | |
|---|---|---|---|
| Type: | Individual | List: | SDN |
| Last Name: | HUERTA RAMOS | Program: | SDNTK |
| First Name: | Manuel | Nationality: | Mexico |
| Title: | | Citizenship: | Mexico |
| Date of Birth: | 26 Jun 1960 | Remarks: | |
| Place of Birth: | Juarez, Chihuahua, Mexico | | |

### Identifications:

| Type | ID# | Country | Issue Date | Expire Date |
|---|---|---|---|---|
| C.U.R.P. | HURJ600626HCHRMS03 | Mexico | | |

### Aliases:

| Type | Category | Name |
|---|---|---|
| a.k.a. | strong | HUERTA RAMOS, Jesus Manuel |

### Addresses:

| Address | City | State/Province | Postal Code | Country |
|---|---|---|---|---|
| c/o SERVICIO AEREO LEO LOPEZ, S.A. DE C.V. | Chihuahua | Chihuahua | | Mexico |
| Sabino #804 | Chihuahua | Chihuahua | 31160 | Mexico |

Back

SDN List last updated on: 5/9/2022 2:37:00 PM
Non-SDN List last updated on: 4/29/2022 1:41:40 PM